# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 23, 2020

Mr. Matthew John Cavanagh
Mr. David Bogdan Cupar
Mr. Steven Jay Forbes
Mr. Tyler L. Mathews
Mr. William J. O'Neill
Mr. Jordan A. Sigale
Mr. Evan W. Talley

Re: Case No. 20-3998, *Magnesium Machine, LLC, et al v. Terves, LLC, et al*
Originating Case No. : 1:19-cv-02818

Dear Counsel,

   This appeal has been docketed as case number **20-3998** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 7, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
|  | Appearance of Counsel |
| Appellant: | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

|  | Appearance of Counsel |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                             Sincerely yours,

                             s/Ryan E. Orme
                             Case Manager
                             Direct Dial No. 513-564-7079


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-3998**

MAGNESIUM MACHINE, LLC, an Oklahoma limited liability company; MAGNESIUM HOLDINGS, LLC, an Oklahoma limited liability company; PARAMOUNT DESIGN, LLC, an Oklahoma limited liability company

       Plaintiffs - Appellants

v.

TERVES, LLC, a Nevada limited liability company; MCDONALD HOPKINS, LLC, an Ohio limited liability company

       Defendants - Appellees